**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JASON SWIGER and JULIO CRUZ, on
behalf of themselves and others similarly
situated,

      Plaintiffs,

      v.

UTZ QUALITY FOODS, INC.,

      Defendant.

Case No. 2:15-CV-2833

Judge Gregory L. Frost

Magistrate Judge Terrence P. Kemp

## <u>ORDER</u>

AND NOW, upon consideration of the parties' Joint Motion to Transfer Venue, IT IS

HEREBY ORDERED that the Motion is GRANTED and this action is hereby transferred to the

United States District Court for the Middle District of Pennsylvania on this 17th day of

November, 2015.

IT IS SO ORDERED.

/s/  GREGORY L. FROST
UNITED STATES DISTRICT JUDGE