# U.S. District Court
## Southern District of Ohio (Columbus)
### CIVIL DOCKET FOR CASE #: 2:15–cv–02833–GLF–TPK

| | |
|---|---|
| Jurden v. Utz Quality Foods, Inc. | Date Filed: 09/15/2015 |
| Assigned to: Judge Gregory L. Frost | Date Terminated: 11/17/2015 |
| Referred to: Magistrate Judge Terence P. Kemp | Jury Demand: Plaintiff |
| Cause: 29:201 Denial of Overtime Compensation | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Brian Jurden**      represented by    **Hans A Nilges**
*TERMINATED: 10/29/2015*

Nilges Draher LLC
4580 Stephen Circle, N.W.
Suite 201
Canton, OH 44718
330–470–4428
Fax: 330–754–1430
Email: hans@ohlaborlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony J Lazzaro**
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, OH 44113
216–696–5000
Fax: 216–696–7005
Email: anthony@lazzarolawfirm.com
*ATTORNEY TO BE NOTICED*

**Chastity Lynn Christy**
614 W. Superior Avenue, Suite 920
Cleveland, OH 44113
216–696–5000
Fax: 216–696–7005
Email: chastity@lazzarolawfirm.com
*ATTORNEY TO BE NOTICED*

**Shannon Marie Draher**
Nilges Draher LLC
4580 Stephen Circle
Suite 201
Canton, OH 44718
330–470–4428
Fax: 330–754–1430
Email: sdraher@ohlaborlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Swiger**      represented by

                                          **Hans A Nilges**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                          **Anthony J Lazzaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                          **Chastity Lynn Christy**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                          **Shannon Marie Draher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julio Cruz**                        represented by  **Hans A Nilges**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                          **Anthony J Lazzaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                          **Chastity Lynn Christy**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                          **Shannon Marie Draher**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Utz Quality Foods, Inc.**          represented by  **Erik J. Clark**
Organ Cole LLP
1330 Dublin Road
Columbus, OH 43215
614–481–0900
Fax: 614–481–0904
Email: ejclark@organcole.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                          **Douglas R Cole**
Organ Cole
1330 Dublin Road
Columbus, OH 43215
614–481–0902

Fax: 614–481–0904  
Email: drcole@organcole.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2015 | Ï 1 | COMPLAINT with JURY DEMAND against Utz Quality Foods, Inc. ( Filing fee $ 400 paid – receipt number: 0648–5205762), filed by Brian Jurden. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Form) (Nilges, Hans) (Entered: 09/15/2015) |
| 09/15/2015 | Ï 2 | NOTICE by Plaintiff Brian Jurden *of Filing Consent Forms* (Attachments: # 1 Christopher Amust Consent Form, # 2 Michael Bryant Consent Form, # 3 Martin Clare Consent Form, # 4 Julio Cruz Consent Form, # 5 Nicholas DeRose Consent Form, # 6 Robert Dietrich Consent Form, # 7 Stephen Donnell Consent Form, # 8 Bernard Goldring Consent Form, # 9 Richard Grosch Consent Form, # 10 Walter Wesley Hawl Consent Form, # 11 Robert Ives Consent Form, # 12 Richard McDaniel Consent Form, # 13 Latasha Pigott Consent Form, # 14 David Keens Consent Form, # 15 Cody Smith Consent Form, # 16 Robert Smith Consent Form, # 17 Michael Stevens Consent Form, # 18 Jason Swiger Consent Form, # 19 Patrick Thomas Consent Form) (Lazzaro, Anthony) (Entered: 09/15/2015) |
| 09/16/2015 | Ï 3 | Summons Issued as to Utz Quality Foods, Inc. (kk) (Entered: 09/16/2015) |
| 09/17/2015 | Ï 4 | NOTICE by Plaintiff Brian Jurden *of Filing Consent Form* (Attachments: # 1 Brian Jurden Consent Form) (Lazzaro, Anthony) (Entered: 09/17/2015) |
| 09/22/2015 | Ï 5 | AMENDED COMPLAINT against Utz Quality Foods, Inc., filed by Brian Jurden, Jason Swiger and Julio Cruz. (Nilges, Hans) Modified on 9/22/2015 to correct filing parties (kk) (Entered: 09/22/2015) |
| 09/24/2015 | Ï 6 | NOTICE by Plaintiffs Julio Cruz, Brian Jurden, Jason Swiger *Notice Of Filing Consent Form* (Attachments: # 1 Exhibit Consent of Gregory Reed) (Nilges, Hans) (Entered: 09/24/2015) |
| 09/25/2015 | Ï 7 | SUMMONS Returned Executed as to Defendant Utz Quality Foods, Inc.. Utz Quality Foods, Inc. served on 9/17/2015, answer due 10/8/2015. (Attachments: # 1 Certified Mail Receipt Return) (Nilges, Hans) (Entered: 09/25/2015) |
| 09/25/2015 | Ï 8 | NOTICE by Plaintiff Brian Jurden *of Filing Consent Form* (Attachments: # 1 Steven Vorhis Consent Form) (Lazzaro, Anthony) (Entered: 09/25/2015) |
| 09/28/2015 | Ï 9 | NOTICE by Plaintiffs Julio Cruz, Brian Jurden, Jason Swiger *of Filing Consent Form* (Attachments: # 1 Robert Bailey Consent Form) (Lazzaro, Anthony) (Entered: 09/28/2015) |
| 09/28/2015 | Ï 10 | NOTICE of Appearance by Chastity Lynn Christy for Plaintiffs Julio Cruz, Brian Jurden, Jason Swiger (Christy, Chastity) (Entered: 09/28/2015) |
| 10/05/2015 | Ï 11 | NOTICE by Plaintiffs Julio Cruz, Brian Jurden, Jason Swiger *of Filing Consent Form* (Attachments: # 1 David Thomas Consent Form) (Lazzaro, Anthony) (Entered: 10/05/2015) |
| 10/07/2015 | Ï 12 | SUMMONS Returned Executed as to Defendant Utz Quality Foods, Inc.. Utz Quality Foods, Inc. served on 9/28/2015, answer due 10/19/2015. (Attachments: # 1 Certified Mail Receipt Return c/o Registered Agent) (Nilges, Hans) (Entered: 10/07/2015) |
| 10/07/2015 | Ï 13 | NOTICE of Appearance by Erik J. Clark for Defendant Utz Quality Foods, Inc. (Clark, Erik) (Entered: 10/07/2015) |
| 10/07/2015 | Ï 14 | NOTICE of Appearance by Douglas R Cole for Defendant Utz Quality Foods, Inc. (Cole, Douglas) (Entered: 10/07/2015) |

| | | |
|---|---|---|
| 10/07/2015 | ï 15 | Corporate Disclosure Statement by Defendant Utz Quality Foods, Inc.. (Clark, Erik) (Entered: 10/07/2015) |
| 10/07/2015 | ï 16 | STIPULATION *Local Rule 6.1 Stipulated Extension of Time To Answer Or Otherwise Respond To Complaint* by Defendant Utz Quality Foods, Inc.. (Clark, Erik) (Entered: 10/07/2015) |
| 10/13/2015 | ï 17 | NOTICE of Hearing: Initial Conference set for 12/1/2015 @ 3:00 PM before Magistrate Judge Terence P. Kemp. (Attachments: # 1 Exhibit, # 2 Exhibit) (sh) (Entered: 10/13/2015) |
| 10/20/2015 | ï 18 | NOTICE by Plaintiffs Julio Cruz, Brian Jurden, Jason Swiger *of Filing Consent Form* (Attachments: # 1 Edward Walls Consent Form) (Lazzaro, Anthony) (Entered: 10/20/2015) |
| 10/26/2015 | ï 19 | MOTION for Order to *Grant Conditional Certification, Expedited Opt−In Discovery, and Court−Supervised Notice to Potential Opt−In Plaintiffs* by Plaintiffs Julio Cruz, Brian Jurden, Jason Swiger. (Attachments: # 1 Proposed Order, # 2 Julio Cruz Declaration, # 3 Brian Jurden Declaration, # 4 Jason Swiger Declaration, # 5 Declarations of Opt−in Plaintiffs, # 6 Plaintiff's Opt−In Discovery Directed to Defendant, # 7 Unreported Cases) (Lazzaro, Anthony) (Entered: 10/26/2015) |
| 10/27/2015 | ï 20 | ORDER − re 19 Motion for Conditional Certification, Expedited Opt−In Discovery and Court Supervised Notice to Potential Opt−In Plaintiffs, filed by Julio Cruz, Jason Swiger, Brian Jurden, Non oral hearing set for 12/14/2015 08:00 AM before Judge Gregory L. Frost.. Signed by Judge Gregory L. Frost on 10/27/15. (kn) (Entered: 10/27/2015) |
| 10/29/2015 | ï 21 | NOTICE by Plaintiffs Julio Cruz, Brian Jurden, Jason Swiger *of Stipulation of Dismissal, Without Prejudice, of Plaintiff Brian Jurden and Opt−In Plaintiffs Robert Bailey, Steven Donnell, and Steven Van Vorhis* (Lazzaro, Anthony) (Entered: 10/29/2015) |
| 10/29/2015 | ï 22 | NOTICE by Plaintiffs Julio Cruz, Brian Jurden, Jason Swiger *of Filing Stipulated Second Amended Complaint* (Attachments: # 1 Stipulated Second Amended Complaint) (Lazzaro, Anthony) (Entered: 10/29/2015) |
| 10/29/2015 | ï 23 | AMENDED COMPLAINT against Utz Quality Foods, Inc., filed by Julio Cruz, Jason Swiger. (Lazzaro, Anthony) (Entered: 10/29/2015) |
| 10/30/2015 | ï 24 | NOTICE by Plaintiffs Julio Cruz, Jason Swiger *of Filing Consent Form* (Attachments: # 1 Brian Mitchell Consent Form) (Lazzaro, Anthony) (Entered: 10/30/2015) |
| 11/16/2015 | ï 25 | NOTICE by Plaintiffs Julio Cruz, Jason Swiger *of Filing Consent Form* (Attachments: # 1 Brian Silvius Consent Form) (Lazzaro, Anthony) (Entered: 11/16/2015) |
| 11/16/2015 | ï 26 | Joint MOTION to Change Venue by Defendant Utz Quality Foods, Inc.. Responses due by 12/10/2015 (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Clark, Erik) (Entered: 11/16/2015) |
| 11/16/2015 | ï 27 | ANSWER to 23 Amended Complaint filed by Utz Quality Foods, Inc.. (Clark, Erik) (Entered: 11/16/2015) |
| 11/17/2015 | ï 28 | ORDER granting 26 Motion to Change Venue. Signed by Judge Gregory L. Frost on 11/17/15. (kn) (Entered: 11/17/2015) |
| 11/17/2015 | ï | Case transferred to Middle District of Pennsylvania. Case file and docket sheet sent Electronically. (kn) (Entered: 11/17/2015) |