UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON SWIGER, *et al.*, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UTZ QUALITY FOODS, INC.<br><br>　　　　Defendant. | CASE NO.:  1:15-cv-02196<br><br>CHIEF JUDGE CHRISTOPHER C. CONNER<br><br>**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Julio Cruz, Julia Williams, Tom Holt, and Nicholas DeRose ("Rule 23 Class Representatives")[1], on behalf of themselves and the members of the proposed Rule 23 Classes ("Rule 23 Classes")[2], and Defendant Utz Quality Foods, Inc. ("Utz") hereby respectfully request that this Honorable Court:

1. Finally approve the Parties' Settlement Agreement, the terms of which were the result of a resolution reached after a lengthy mediation proceeding held under the auspices of Michael D. Young, Esq. of JAMS;

---

[1] Rule 23 Class Representatives are herein collectively referred to as "Representative Plaintiffs" or "Class Representatives".

[2] Class Representatives and members of the proposed Rule 23 Classes are herein collectively referred to as "Class Members".

2. Finally approve the Parties' settlement of the Rule 23 Classes pursuant to Fed. R. Civ. P. 23(e); and

3. Finally approve the request for attorneys' fees and costs of The Lazzaro Law Firm, LLC and Nilges Draher, LLC, co-counsel for the Plaintiffs.

In support of this Motion, Class Representatives and Defendant submit the following exhibits proposed order:

<u>Exhibit 1</u>:   Declaration of Class Counsel Anthony J. Lazzaro Supporting Approval of Settlement and Attorneys' Fees.

<u>Exhibit A</u>:  Corrected List of Eligible Class Members

<u>Exhibit B</u>:  List of Eligible FLSA Class Members Who Executed and Submitted Forms

<u>Exhibit C</u>:  William Clary Letter Requesting Exclusion

<u>Exhibit D</u>:  Statement of Litigation Expenses

<u>Exhibit 2</u>:   Declaration of Class Counsel Hans A. Nilges Supporting Approval of Settlement and Attorneys' Fees.

<u>Exhibit A</u>:  Statement of Litigation Expenses

<u>Exhibit 3</u>:   Final Order Approving Class Action Settlement Agreement and Judgment Entry

The following schedule sets forth a proposed sequence for the Settlement:

- Thirty (30) calendar days after the Court's Final Order and Judgment Entry: the Effective Date;

- By the Effective Date: Defendant will issue the Settlement Payment and information relating to each Class Member's tax withholdings from their Individual Payments directly to the Settlement Administrator; and

- Five business (5) days after the Effective Date: Settlement Administrator will mail the settlement funds to Class Representatives, Rule 23 Class Members, FLSA Class Members, the Service Awards to Class Representatives and Discovery Class Representatives, and the attorneys' fees and reimbursement of litigation expenses to Class Counsel.

As noted in the attached Memorandum in Support, the Settlement Agreement was reached during a mediation including arms-length negotiations between the Parties, with the assistance of Mediator Michael D. Young of JAMS, which were conducted by experienced counsel following investigation and substantial discovery, and on the basis of mutual recognition of the strengths and weaknesses of each other's positions, and the risks to each side of continued litigation.

Respectfully submitted,

| | |
|---|---|
| /s/ Chastity L. Christy | / s/ Brian P. Downey |
| Chastity L. Christy (0076977) | Brian P. Downey |
| Anthony J. Lazzaro (0077962) | Pepper Hamilton LLP |
| The Lazzaro Law Firm, LLC | Suite 200 |
| 920 Rockefeller Building | 100 Market Street |
| 614 W. Superior Avenue | P.O. Box 1181 |
| Cleveland, Ohio 44113 | Harrisburg, PA 17108-1181 |
| Phone: 216-696-5000 | Phone: 717-255-1192 |
| Facsimile: 216-696-7005 | Facsimile: 866-422-1305 |
| chastity@lazzarolawfirm.com | downeyb@pepperlaw.com |
| anthony@lazzarolawfirm.com | |

| | |
|---|---|
| Hans A. Nilges (0076017)<br>Shannon M. Draher (0074304)<br>NILGES DRAHER LLC<br>7266 Portage Street, N.W.<br>Suite D<br>Massillon, Ohio 44646<br>Telephone:  330-470-4428<br>Facsimile:  330-754-1430<br>hans@ohlaborlaw.com<br>sdraher@ohlaborlaw.com<br><br>*Class Counsel* | Richard J. Reibstein<br>Locke Lord LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281<br>Phone:  212-912-2797<br>Facsimile:  212-812-8377<br>rreibstein@lockelord.com<br><br>Christopher J. Moran<br>Lee E. Tankle<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799<br>Phone:  215.981.4000<br>moranc@pepperlaw.com<br><br>Kali T. Wellington-James<br>Pepper Hamilton LLP<br>400 Berwyn Park<br>899 Cassatt Road<br>Berwyn, PA  19312-1183<br>wellingk@pepperlaw.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, a copy of the foregoing *Joint Motion For Final Approval Of Class Action Settlement* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

     /s/ Chastity L. Christy
     Attorney for Plaintiff