# UNITED STATES DISTRICT COURT
for the
# MIDDLE DISTRICT of PENNSYLVANIA

JASON SWIGER, et al., on behalf of themselves and others

similarly situated,

*Plaintifs*

v.

UTZ QUALITY FOODS, INC.,

*Defendant*

)
)
)
)
)
)

Civil Action No.      1:15-CV-2196

(Chief Judge Conner)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* )
_____ recover costs from the plaintiff *(name)*
_____ .

X   other:      JUDGMENT be and is hereby ENTERED in favor of plaintiffs JASON SWIGER, et al., on behalf of themselves
and others similarly situated, and against defendant UTZ QUALITY FOODS, INC., in accordance with the
parties' Settlement Agreement and the court's Final Order Approving Class Action Settlement Agreement and
Judgment Entry (Doc. 158), dated September 12, 2017.  Pursuant to the terms of the parties' Settlement
Agreement, as approved, the above-referenced action is hereby DISMISSED with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge or Magistrate Judge _____ without a jury and the above decision

X   decided by Judge or Magistrate Judge          Chief Judge Christopher C. Conner

Joint Motion for Final Approval of Class Action Settlement

Date: _____ Sep 13, 2017 _____

*CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

K. McKinney

_____
*Signature of Clerk or Deputy Clerk*