AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| JASON SWIGER, et al., on behalf of themselves and others similarly situated, <br> *Plaintifs* <br> v. <br> UTZ QUALITY FOODS, INC., <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No.  1:15-CV-2196 <br> ) (Chief Judge Conner) <br> ) <br> ) |

FILED
HARRISBURG, PA
SEP 1 4 2017
PETER WELSH, Act
Per _____ CLERK

## JUDGMENT IN A CIVIL ACTION
***AMENDED***

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other:  JUDGMENT be and is hereby ENTERED in accordance with the parties' Settlement Agreement and the court's Final Order Approving Class Action Settlement Agreement and Judgment Entry (Doc. 158), dated September 12, 2017. Pursuant to the terms of the parties' Settlement Agreement, as approved, the above-referenced action is hereby DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X  decided by Judge or Magistrate Judge  Chief Judge Christopher C. Conner

Joint Motion for Final Approval of Class Action Settlement

Date:  Sep 14, 2017

CLERK OF COURT  PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*